No. 82–357. MICHIGAN *v.* CLIFFORD ET AL. Ct. App. Mich. [Certiorari granted, 459 U. S. 1168.] Further consideration of respondents' motion partially to vacate the writ of certiorari as improvidently granted is deferred to the hearing of the case on the merits.

No. 82–945. SURE-TAN, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1021.] Motion of petitioners to proceed further herein *in forma pauperis* denied. Motion of petitioners to dispense with printing the joint appendix granted.

No. 82–1414. PRATT-FARNSWORTH, INC., ET AL. *v.* CARPENTERS LOCAL UNION NO. 1846 OF THE UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–1761. IN RE HANSON. Petition for writ of habeas corpus denied.

No. 82–1746. IN RE KARAPINKA. Petition for writ of mandamus denied.

No. 82–1213. NEW YORK *v.* QUARLES. Ct. App. N. Y. Certiorari granted.

No. 82–834. WALCK *v.* AMERICAN STOCK EXCHANGE, INC., ET AL. C. A. 3d Cir. Certiorari denied.